UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TIRELO MMOLAWA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DILIGENT ENTERPRISE, INC. D/B/A COMFORCARE HOME CARE AND DEVON G. WILLIAMS,**<br><br>    **Defendants.** | Civil Action No.: 3:19-cv-00300 (VLB)<br><br><br>December 23, 2019 |

## REQUEST FOR SETTLEMENT CONFERENCE

The parties jointly request a settlement conference with a magistrate judge to attempt to resolve this matter. The parties have discussed settlement of this matter independently, but have not been able to reach a settlement independently. They agree that the assistance of a magistrate judge in this process would assist them in their efforts to reach a resolution.

Thus, the parties respectfully request that the Court refer this matter to a magistrate judge for a settlement conference.

Respectfully submitted,

**THE DEFENDANTS,
DILIGENT ENTERPRISE, INC. D/B/A
COMFORCARE HOME CARE and
DEVON G. WILLIAMS**

/s/ *Craig Dickinson*
Craig Dickinson (ct18053)
Maura A. Mastrony (ct27787)
LITTLER MENDELSON, P.C.
265 Church Street -Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
cdickinson@littler.com
mmastrony@littler.com

**CERTIFICATION**

I hereby certify that on December 23, 2019, a copy of the foregoing was filed electronically and served on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Craig T. Dickinson*
Craig T. Dickinson