UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIRELO MMOLAWA,<br><br>      Plaintiff,<br><br>v.<br><br>DILIGENT ENTERPRISE, INC. D/B/A COMFORCARE HOME CARE and DEVON G. WILLIAMS<br><br>      Defendant. | Civil Action No.: 3:19-cv-00300 (VLB)<br><br>March 4, 2020 |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Diligent Enterprise, Inc. d/b/a Comforcare Home Care and Devon G. Williams ("Defendants") respectfully move pursuant to Fed. R. Civ. Pro. 56 for partial summary judgment with respect to plaintiff's two-count complaint alleging violation of the Fair Labor Standards Act ("FLSA") and violation of the Connecticut Minimum Wage Act ("CMWA"). The record reveals that, even if Defendants violated the FLSA, they did not do so willfully. Similarly, with respect to the CMWA, even if Defendants violated the CMWA, they at all times had a good faith belief that they were in compliance with the law, in that they took multiple steps to ascertain the meaning of the law and acted to comply with the law. Finally, it is undisputed that there is no record of any complaints made by Plaintiff to Defendants regarding any sleep interruptions he was allegedly experiencing in connection with his caring for his client. In light of these undisputed facts supported by the record, Defendants are entitled to partial

1

summary judgement as a matter of law with respect to both counts of Plaintiff's complaint.

As set forth more fully in the accompanying memorandum of law, there are no genuine issues of material facts, and partial judgment should enter in Defendants' favor with respect to both counts of Plaintiff's complaint.

Respectfully submitted,

/s/ Maura A. Mastrony
Craig T. Dickinson (ct18053)
Maura A. Mastrony (ct27787)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street
Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
cdickinson@littler.com
mmastrony@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

/s/ Maura A. Mastrony
Maura A. Mastrony

2